# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−08−40369−dem |
| Felipe Jones | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−8072 | |
| DEBTOR(s) | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Dennis E. Milton
United States Bankruptcy Judge

Dated: September 25, 2008

**BLfnld7** [Final Decree rev 08/07/06]

Case 1-08-40369-dem    Doc 19    Filed 09/27/08    Entered 09/28/08 00:50:21

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0207-1           User: ggriffith            Page 1 of 1              Date Rcvd: Sep 25, 2008
Case: 08-40369                 Form ID: 205               Total Served: 2

The following entities were served by first class mail on Sep 27, 2008.
db           +Felipe Jones,   134-37 135th Avenue,   S Ozone Park, NY 11420-3524
smg          +Diana Adams,   Office of the United States Trustee,   271 Cadman Plaza East,
               Brooklyn, NY 11201-1820

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 27, 2008**                              Signature:  _Joseph Speetjens_